**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00123-CV

_____

### IN RE KENNETH WAYNE JEROME, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Kenneth Wayne Jerome, has filed a petition for writ of mandamus requesting that we grant mandamus relief directing the trial court to rule on relator's petition for expunction of records.[1]

---

[1] The underlying case is *Kenneth Wayne Jerome v. Harris County District Attorney's Office*, Cause No. 2024-43381, in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.